# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re:                                  §
                                        §
SHANNON, KENT R                         §    Case No. 12-08937
SHANNON, PATRICIA A.                    §
                                        §
                                        §
            Debtor(s)                   §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on            .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

    Funds were disbursed in the following amounts:

    Payments made under an interim
    disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]            $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/GINA B. KROL_____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

Case 12-08937  Doc 41  Filed 12/11/13  Entered 12/11/13 11:55:58  Desc Main
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
Document  Page 3 of 9
ASSET CASES

Page: 1   Exhibit A

| Case No: | 12-08937 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | SHANNON, KENT R | | | Date Filed (f) or Converted (c): | 03/07/12 (f) |
| | SHANNON, PATRICIA A. | | | 341(a) Meeting Date: | 05/09/12 |
| For Period Ending: | 10/03/13 | | | Claims Bar Date: | 07/19/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 22 W 549 GLEN COURT, MEDINAH, ILLINOIS 60157 | 450,000.00 | 0.00 | | 449,000.00 | 0.00 |
| 2. FINANCIAL ACCOUNTS | 0.00 | 0.00 | | 0.00 | FA |
| 3. FINANCIAL ACCOUNTS | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. FINANCIAL ACCOUNTS | 0.00 | 0.00 | | 0.00 | FA |
| 5. HOUSEHOLD GOODS | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. WEARING APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| 7. FURS AND JEWELRY | 2,000.00 | 0.00 | | 0.00 | FA |
| 8. INSURANCE POLICIES | 140,000.00 | 0.00 | | 0.00 | FA |
| 9. INSURANCE POLICIES | 20,000.00 | 0.00 | | 0.00 | FA |
| 10. STOCK | 0.00 | Unknown | | 0.00 | FA |
| 11. VEHICLES | 7,000.00 | 0.00 | | 0.00 | FA |
| 12. VEHICLES | 10,000.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $633,000.00 | $0.00 | | $449,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Bank of America has requested the Trustee market and sell the Debtor's residence. Bank has agreed to to pay unsecured
creditors a mininum dividend.

Initial Projected Date of Final Report (TFR): 05/31/13     Current Projected Date of Final Report (TFR): 07/31/13

/s/  GINA B. KROL
_____  Date: _____
     GINA B. KROL

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| | |  | | |
|---|---|---|---|---|
| Case No: | 12-08937 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | SHANNON, KENT R | | Bank Name: | ASSOCIATED BANK |
| | SHANNON, PATRICIA A. | | Account Number / CD #: | *******0709 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3579 | | | |
| For Period Ending: | 10/03/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/06/13 | | Chicago Title and Trust Company | Sale Proceeds | | 58,149.90 | | 58,149.90 |
| | 1 | CHICAGO TITLE & TRUST COMPANY | Memo Amount: 449,000.00 | 1110-000 | | | |
| | | | Sale Proceeds | | | | |
| | | BANK OF AMERICA | Memo Amount: ( 305,300.09 ) | 4110-000 | | | |
| | | | Mortgage Payoff | | | | |
| | | COLDWELL BANKER | Memo Amount: ( 24,696.00 ) | 3510-000 | | | |
| | | | Broker's Commission | | | | |
| | | | Memo Amount: ( 3,102.50 ) | 2500-000 | | | |
| | | | Closing Costs | | | | |
| | | DUPAGE COUNTY | Memo Amount: ( 27,751.51 ) | 2820-000 | | | |
| | | | Real Estate Taxes | | | | |
| | | KENT & PATRICIA SHANNON | Memo Amount: ( 30,000.00 ) | 8100-000 | | | |
| | | | Homestead Exemption | | | | |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 69.70 | 58,080.20 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 83.56 | 57,996.64 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 86.23 | 57,910.41 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 86.10 | 57,824.31 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 449,000.00 | COLUMN TOTALS | 58,149.90 | 325.59 | 57,824.31 |
| Memo Allocation Disbursements: | 390,850.10 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 58,149.90 | 325.59 | |
| Memo Allocation Net: | 58,149.90 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 58,149.90 | 325.59 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 449,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 390,850.10 | Checking Account (Non-Interest Earn - *******0709 | 58,149.90 | 325.59 | 57,824.31 |
| Total Memo Allocation Net: | 58,149.90 | | 58,149.90 | 325.59 | 57,824.31 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

Page Subtotals  58,149.90  325.59

Ver: 17.03

LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 12-08937 -DRC | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- |
| Case Name: | SHANNON, KENT R | Bank Name: | ASSOCIATED BANK |
| | SHANNON, PATRICIA A. | Account Number / CD #: | *******0709 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3579 | | |
| For Period Ending: | 10/03/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Trustee's Signature: __ /s/   GINA B. KROL _____ Date: 10/03/13
                                   GINA B. KROL

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*                    Page Subtotals           0.00           0.00

Ver: 17.03
LFORM24

### TRUSTEE'S PROPOSED DISTRIBUTION

                                                                                       Exhibit D

Case No.: 12-08937
Case Name: SHANNON, KENT R
          SHANNON, PATRICIA A.
Trustee Name: GINA B. KROL

        Balance on hand                                                    $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ | $ | $ |
| Attorney for Trustee Fees: Cohen & Krol | $ | $ | $ |
| Charges: Clerk of the US Bankruptcy Court | $ | $ | $ |
| Other: Cohen & Krol | $ | $ | $ |

        Total to be paid for chapter 7 administrative expenses         $_____
        Remaining Balance                                                           $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $     must be paid in advance of any dividend to general (unsecured) creditors.

        Allowed priority claims are:

NONE

  The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

  Timely claims of general (unsecured) creditors totaling $  have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be percent, plus interest (if applicable).

  Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | $ | $ | $ |
| 000004 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | $ | $ | $ |
| 000005 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | $ | $ | $ |
| 000006 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | $ | $ | $ |
| 000007 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ | $ | $ |
| 000009 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ | $ | $ |
| 000010 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ | $ | $ |
| 000011 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ | $ | $ |
| 000012 | US BANK N.A.<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI, OH 45201-5229 | $ | $ | $ |
| 000013 | Bank of America, N.A.<br>c/o Christopher M. Cahill<br>LOWIS & GELLEN LLP<br>200 West Adams Street, Suite 1900<br>Chicago, IL 60606 | $ | $ | $ |
| 000014 | Bank of America, N.A.<br>c/o Christopher M. Cahill<br>LOWIS & GELLEN LLP<br>200 West Adams Street, Suite 1900<br>Chicago, IL 60606 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000015 | Portfolio Recovery Associates, LLC successor to US BANK NATIONAL ASSOCIATIO POB 41067 Norfolk VA 23541 | $ | $ | $ |

      Total to be paid to timely general unsecured creditors      $_____

      Remaining Balance      $_____

      Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE