# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: § | |
| § | |
| SHANNON, KENT R § | Case No. 12-08937 |
| SHANNON, PATRICIA A. § | |
| § | |
| § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
KENNETH S. GARDNER
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 10 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 01/03/2014 in Courtroom 4016,
DuPage County Courthouse
505 N. County Farm Rd.
Wheaton, IL 60187

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/11/2013          By: KENNETH S. GARDNER
                                     Clerk of US Bankruptcy Court

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:  §
       §
SHANNON, KENT R  §   Case No. 12-08937
SHANNON, PATRICIA A.  §
       §
Debtor(s)  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 449,000.00 |
| and approved disbursements of | $ | 391,258.89 |
| leaving a balance on hand of[1] | $ | 57,741.11 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 24,200.00 | $ 0.00 | $ 24,200.00 |
| Attorney for Trustee Fees: Cohen & Krol | $ 4,422.75 | $ 0.00 | $ 4,422.75 |
| Charges: Clerk of the US Bankruptcy Court | $ 260.00 | $ 0.00 | $ 260.00 |
| Other: Cohen & Krol | $ 20.40 | $ 0.00 | $ 20.40 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 28,903.15 |
| Remaining Balance | $ 28,837.96 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 391,000.22 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Capital One Bank (USA), N.A. | $ 1,534.15 | $ 0.00 | $ 113.15 |
| 000004 | FIA CARD SERVICES, N.A. | $ 6,114.21 | $ 0.00 | $ 450.95 |
| 000005 | FIA CARD SERVICES, N.A. | $ 6,339.86 | $ 0.00 | $ 467.59 |
| 000006 | Capital Recovery V, LLC | $ 1,230.83 | $ 0.00 | $ 90.78 |
| 000007 | American Express Bank, FSB | $ 31,540.43 | $ 0.00 | $ 2,326.24 |
| 000008 | American Express Bank, FSB | $ 11,806.26 | $ 0.00 | $ 870.76 |
| 000009 | American Express Bank, FSB | $ 3,194.16 | $ 0.00 | $ 235.59 |
| 000010 | American Express Bank, FSB | $ 35,837.79 | $ 0.00 | $ 2,643.19 |
| 000011 | American Express Bank, FSB | $ 582.13 | $ 0.00 | $ 42.93 |
| 000012 | US BANK N.A. | $ 9,392.09 | $ 0.00 | $ 692.71 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000013 | Bank of America, N.A. | $ 184,716.63 | $ 0.00 | $ 13,623.65 |
| 000014 | Bank of America, N.A. | $ 91,929.39 | $ 0.00 | $ 6,780.19 |
| 000015 | Portfolio Recovery Associates, LLC | $ 6,782.29 | $ 0.00 | $ 500.23 |

Total to be paid to timely general unsecured creditors    $    28,837.96

Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/GINA B. KROL
Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 12-08937-DRC
Kent R Shannon                                                          Chapter 7
Patricia A. Shannon
          Debtors                  **CERTIFICATE OF NOTICE**

District/off: 0752-1         User: wepps                Page 1 of 2              Date Rcvd: Dec 12, 2013
                             Form ID: pdf006            Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2013.
db/jdb       #+Kent R Shannon,   Patricia A. Shannon,   22W549 Glen Court,   Medinah, IL 60157-9676
18585448      American Express,   PO Box 981535,   El Paso, TX 79998-1535
20661652      American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
18585449     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: Bank of America,   PO Box 982235,   El Paso, TX 79998-2235)
18585453     +BMO Harris Bank,   111 W Monroe Street,   Chicago, IL 60603-4095
18585452      Bank of America,   PO Box 21848,   Greensboro, NC 27420-1848
20691015     +Bank of America, N.A.,   c/o Christopher M. Cahill,   LOWIS & GELLEN LLP,
               200 West Adams Street, Suite 1900,   Chicago, IL 60606-5229
18585454      Capital One,   PO Box 30285,   Salt Lake City, UT 84130-0285
20474524      Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
18585455      Chase,   PO Box 15298,   Wilmington, DE 19850-5298
18585457      Chase AARP,   PO Box 15298,   Wilmington, DE 19850-5298
18585458     +Chase Bank,   P.O. Box 15298,   Wilmington, DE 19850-5298
18585459      Chase Southwest,   PO Box 15298,   Wilmington, DE 19850-5298
18585460      Citi Advantage,   PO Box 6500,   Sioux Falls, SD 57117-6500
18585461      Citi Preferred,   PO Box 6500,   Sioux Falls, SD 57117-6500
18585462      Citibank AT&T,   PO Box 6500,   Sioux Falls, SD 57117-6500
20535045      FIA CARD SERVICES, N.A.,   4161 Piedmont Parkway,   NC4 105 03 14,   Greensboro, NC 27410
18585467     +Macy's,   Bankruptcy Processing,   P.O. Box 8053,   Mason, OH 45040-8053
18585468     +Neighborhhod Periodical Club, Inc.,   524 North Salina,   Syracuse, NY 13208-2531
20743064     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,
               successor to US BANK NATIONAL ASSOCIATIO,   POB 41067,   Norfolk VA 23541)
18585469     +Possible Now,   4400 River Green Parkway,   Duluth, GA 30096-8316
18585470     +Sales Genie (InfoGroup),   5711 S 86th Circle,   Omaha, NE 68127-4146
20690178     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: US BANK N.A.,   BANKRUPTCY DEPARTMENT,   P.O. BOX 5229,
               CINCINNATI, OH 45201-5229)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20601649      E-mail/PDF: rmscedi@recoverycorp.com Dec 13 2013 00:59:02      Capital Recovery V, LLC,
               c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
18585464      E-mail/PDF: mrdiscen@discoverfinancial.com Dec 13 2013 01:22:54      Discover,   PO Box 30943,
               Salt Lake City, UT 30943
18585466     +E-mail/PDF: gecsedi@recoverycorp.com Dec 13 2013 01:00:20      Lord & Taylor,   PO Box 965016,
               Orlando, FL 32896-5016
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18585463      Consumers Periodical Services of St
20661653*     American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
20661654*     American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
20661655*     American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
20661656*     American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
18585450*    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: Bank of America,   PO Box 982235,   El Paso, TX 79998-2235)
18585451*    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: Bank of America,   PO Box 982235,   El Paso, TX 79998-2235)
18585456*     Chase,   PO Box 15298,   Wilmington, DE 19850-5298
18585465*    ++DISCOVER FINANCIAL SERVICES LLC,   PO BOX 3025,   NEW ALBANY OH 43054-3025
             (address filed with court: Discover,   PO Box 30943,   Salt Lake City, UT 84130-0943)
18585472*    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: US Bank,   PO Box 6352,   Fargo, ND 58125-6352)
18585471*    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: US Bank,   PO Box 64991,   St. Paul, MN 64991)
                                                                                   TOTALS: 1, * 10, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-1          User: wepps              Page 2 of 2              Date Rcvd: Dec 12, 2013
                              Form ID: pdf006          Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2013                                        Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 11, 2013 at the address(es) listed below:
              Christopher M Cahill     on behalf of Creditor   BANK OF AMERICA, N.A. ccahill@lowis-gellen.com,
               abockman@lowis-gellen.com
              Gina B Krol    gkrol@cohenandkrol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;jhazdra@cohenandkrol.com;pmchugh@cohenandkrol.co
               m
              Gina B Krol    on behalf of Trustee Gina B Krol gkrol@cohenandkrol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;jhazdra@cohenandkrol.com;pmchugh@cohenandkrol.co
               m
              Gina B Krol, ESQ   on behalf of Trustee Gina B Krol gkrol@cohenandkrol.com,
               jhazdra@cohenandkrol.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com
              Joseph E Cohen     jcohen@cohenandkrol.com,   jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com
              Joshua D. Greene    on behalf of Debtor Kent R Shannon jgreene@springerbrown.com
              Joshua D. Greene    on behalf of Joint Debtor Patricia A. Shannon jgreene@springerbrown.com
              Meredith S Fox   on behalf of Debtor Kent R Shannon tspringer@springerbrown.com
              Meredith S Fox   on behalf of Joint Debtor Patricia A. Shannon tspringer@springerbrown.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                               TOTAL: 10
```