UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                  §
                                        §
SHANNON, KENT R                         §   Case No. 12-08937 DRC
SHANNON, PATRICIA A.                    §
                                        §
         Debtor(s)                      §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

  3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $           (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (5/1/2011) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter       on                . The case was pending for      months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/GINA B. KROL_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Kent & Patricia Shannon |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | BMO Harris Bank 111 W Monroe Street Chicago, IL 60603 |  |  |  |  |  |
|  | Bank of America PO Box 21848 Greensboro, NC 27420-1848 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BANK OF AMERICA | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | | | | | |
| Closing Costs | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| CLERK OF COURT | | | | | |
| DUPAGE COUNTY | | | | | |
| COHEN & KROL | | | | | |
| GINA B. KROL | | | | | |
| COHEN & KROL | | | | | |
| COLDWELL BANKER | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America PO Box 982235 El Paso, TX 79998-2235 | | | | | |
| | Bank of America PO Box 982235 El Paso, TX 79998-2235 | | | | | |
| | Chase AARP PO Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Chase Bank P.O. Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase PO Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Chase Southwest PO Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Citi Advantage PO Box 6500 Sioux Falls, SD 57117-6500 | | | | | |
| | Citi Preferred PO Box 6500 Sioux Falls, SD 57117-6500 | | | | | |
| | Citibank AT&T PO Box 6500 Sioux Falls, SD 57117-6500 | | | | | |
| | Consumers Periodical Services of St | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Discover PO Box 30943 Salt Lake City, UT 30943 | | | | | |
| | Discover PO Box 30943 Salt Lake City, UT 84130-0943 | | | | | |
| | Macy's Bankruptcy Processing P.O. Box 8053 Mason, OH 45040 | | | | | |
| | Neighborhhod Periodical Club, Inc. 524 North Salina Syracuse, NY 13208 | | | | | |
| | Possible Now 4400 River Green Parkway Duluth, GA 30096 | | | | | |
| | Sales Genie (InfoGroup) 5711 S 86th Circle Omaha, NE 68127 | | | | | |
| | US Bank PO Box 6352 Fargo, ND 58125-6352 | | | | | |
| 000013 | BANK OF AMERICA, N.A. | | | | | |
| 000014 | BANK OF AMERICA, N.A. | | | | | |
| 000002 | CAPITAL ONE BANK (USA), N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000008 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000009 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000010 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000011 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000001 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000003 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000006 | CAPITAL RECOVERY V, LLC | | | | | |
| 000004 | FIA CARD SERVICES, N.A. | | | | | |
| 000005 | FIA CARD SERVICES, N.A. | | | | | |
| 000015 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000012 | US BANK N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

Case 12-08937  Doc 51  Filed 09/10/14  Entered 09/10/14 11:25:53  Desc Main
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT        Page: 1
Document      Page 10 of 14
ASSET CASES

| Case No: | 12-08937  DRC  Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL | Exhibit 8 |
|---|---|---|---|---|
| Case Name: | SHANNON, KENT R | Date Filed (f) or Converted (c): | 03/07/12 (f) | |
| | SHANNON, PATRICIA A. | 341(a) Meeting Date: | 05/09/12 | |
| For Period Ending: | 08/14/14 | Claims Bar Date: | 07/19/13 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 22 W 549 GLEN COURT, MEDINAH, ILLINOIS 60157 | 450,000.00 | 0.00 | | 449,000.00 | FA |
| 2. FINANCIAL ACCOUNTS | 0.00 | 0.00 | | 0.00 | FA |
| 3. FINANCIAL ACCOUNTS | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. FINANCIAL ACCOUNTS | 0.00 | 0.00 | | 0.00 | FA |
| 5. HOUSEHOLD GOODS | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. WEARING APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| 7. FURS AND JEWELRY | 2,000.00 | 0.00 | | 0.00 | FA |
| 8. INSURANCE POLICIES | 140,000.00 | 0.00 | | 0.00 | FA |
| 9. INSURANCE POLICIES | 20,000.00 | 0.00 | | 0.00 | FA |
| 10. STOCK | 0.00 | 0.00 | | 0.00 | FA |
| 11. VEHICLES | 7,000.00 | 0.00 | | 0.00 | FA |
| 12. VEHICLES | 10,000.00 | 0.00 | | 0.00 | FA |

|  | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $633,000.00 | $0.00 | | $449,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee has prepared her TFR and will submit to UST for review
October 17, 2013, 02:40 pm

Initial Projected Date of Final Report (TFR): 05/31/13    Current Projected Date of Final Report (TFR): 11/01/13

/s/   GINA B. KROL
_____  Date: 08/14/14
       GINA B. KROL

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

LFORM1                                                                                                           Ver: 18.00b

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 12-08937 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | SHANNON, KENT R | | Bank Name: | ASSOCIATED BANK |
| | SHANNON, PATRICIA A. | | Account Number / CD #: | *******0709 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3579 | | | |
| For Period Ending: | 08/14/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/06/13 | | Chicago Title and Trust Company | Sale Proceeds | | 58,149.90 | | 58,149.90 |
| | 1 | CHICAGO TITLE & TRUST COMPANY | Memo Amount: 449,000.00 | 1110-000 | | | |
| | | | Sale Proceeds | | | | |
| | | BANK OF AMERICA | Memo Amount: ( 305,300.09 ) | 4110-000 | | | |
| | | | Mortgage Payoff | | | | |
| | | COLDWELL BANKER | Memo Amount: ( 24,696.00 ) | 3510-000 | | | |
| | | | Broker's Commission | | | | |
| | | | Memo Amount: ( 3,102.50 ) | 2500-000 | | | |
| | | | Closing Costs | | | | |
| | | DUPAGE COUNTY | Memo Amount: ( 27,751.51 ) | 2820-000 | | | |
| | | | Real Estate Taxes | | | | |
| | | KENT & PATRICIA SHANNON | Memo Amount: ( 30,000.00 ) | 8100-000 | | | |
| | | | Homestead Exemption | | | | |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 69.70 | 58,080.20 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 83.56 | 57,996.64 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 86.23 | 57,910.41 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 86.10 | 57,824.31 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 83.20 | 57,741.11 |
| 01/07/14 | 030001 | Clerk of the US Bankruptcy Court | Deferred Reopening Fee  12-08937 | 2700-000 | | 260.00 | 57,481.11 |
| | | 219 S. Dearborn St. | | | | | |
| | | 7th Floor | | | | | |
| | | Chicago, IL 60606 | | | | | |
| 01/07/14 | 030002 | Cohen & Krol | Attorneys' Fees Per Court Order | 3110-000 | | 2,948.50 | 54,532.61 |
| | | 105 W. Madison St. | | | | | |
| | | Suite 1100 | | | | | |
| | | Chicago, IL 60602 | | | | | |
| 01/07/14 | 030003 | Cohen & Krol | Attorneys' Expenses Per Court Order | 3120-000 | | 20.40 | 54,512.21 |
| | | 105 W. Madison St. | | | | | |
| | | Suite 1100 | | | | | |
| | | Chicago, IL 60602 | | | | | |
| 01/07/14 | 030004 | GINA B. KROL | Attorneys Fees per court order | 3110-000 | | 1,474.25 | 53,037.96 |
| | | 105 W. Madison St. | | | | | |
| | | Suite 1100 | | | | | |
| | | Chicago, IL 60602 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

LFORM2T4

Ver: 18.00b

Case 12-08937 Doc 51 Filed 09/10/14 Entered 09/10/14 11:25:53 Desc Main
Document Page 12 of 14

Page: 2

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-08937 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | SHANNON, KENT R | | Bank Name: | ASSOCIATED BANK |
| | SHANNON, PATRICIA A. | | Account Number / CD #: | *******0709 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3579 | | | |
| For Period Ending: | 08/14/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/07/14 | 030005 | GINA B. KROL<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602 | Chapter 7 Compensation/Fees | 2100-000 | | 24,200.00 | 28,837.96 |
| 01/07/14 | 030006 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000003, Payment 7.37542% | 7100-900 | | 113.15 | 28,724.81 |
| 01/07/14 | 030007 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Claim 000004, Payment 7.37544% | 7100-900 | | 450.95 | 28,273.86 |
| 01/07/14 | 030008 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Claim 000005, Payment 7.37540% | 7100-900 | | 467.59 | 27,806.27 |
| 01/07/14 | 030009 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000006, Payment 7.37551%<br>(6-1) LORD & TAYLOR | 7100-900 | | 90.78 | 27,715.49 |
| 01/07/14 | 030010 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000007, Payment 7.37542%<br>(7-1) CREDIT CARD DEBT | 7100-900 | | 2,326.24 | 25,389.25 |
| 01/07/14 | 030011 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000008, Payment 7.37541%<br>(8-1) CREDIT CARD DEBT | 7100-900 | | 870.76 | 24,518.49 |
| 01/07/14 | 030012 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000009, Payment 7.37565%<br>(9-1) CREDIT CARD DEBT | 7100-900 | | 235.59 | 24,282.90 |
| 01/07/14 | 030013 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001 | Claim 000010, Payment 7.37543%<br>(10-1) CREDIT CARD DEBT | 7100-900 | | 2,643.19 | 21,639.71 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-08937 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | SHANNON, KENT R | | Bank Name: | ASSOCIATED BANK |
| | SHANNON, PATRICIA A. | | Account Number / CD #: | *******0709 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3579 | | | |
| For Period Ending: | 08/14/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/07/14 | 030014 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000011, Payment 7.37464%<br>(11-1) CREDIT CARD DEBT | 7100-900 | | 42.93 | 21,596.78 |
| 01/07/14 | 030015 | US BANK N.A.<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI, OH 45201-5229 | Claim 000012, Payment 7.37546%<br>(12-1) loc5371 | 7100-900 | | 692.71 | 20,904.07 |
| 01/07/14 | 030016 | Bank of America, N.A.<br>c/o Christopher M. Cahill<br>LOWIS & GELLEN LLP<br>200 West Adams Street, Suite 1900<br>Chicago, IL 60606 | Claim 000013, Payment 7.37543%<br>(13-1) Guaranty of Mony Lent | 7100-000 | | 13,623.65 | 7,280.42 |
| 01/07/14 | 030017 | Bank of America, N.A.<br>c/o Christopher M. Cahill<br>LOWIS & GELLEN LLP<br>200 West Adams Street, Suite 1900<br>Chicago, IL 60606 | Claim 000014, Payment 7.37543% | 7100-000 | | 6,780.19 | 500.23 |
| 01/07/14 | 030018 | Portfolio Recovery Associates, LLC<br>successor to US BANK NATIONAL ASSOCIATIO<br>POB 41067<br>Norfolk VA 23541 | Claim 000015, Payment 7.37553% | 7100-900 | | 500.23 | 0.00 |

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-08937 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | SHANNON, KENT R | Bank Name: | ASSOCIATED BANK |
| | SHANNON, PATRICIA A. | Account Number / CD #: | *******0709 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3579 | | |
| For Period Ending: | 08/14/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | |
|---|---|---|---|
| Account *******0709 | Balance Forward | 0.00 | |
| 1 | Deposits | 58,149.90 | 18 Checks 57,741.11 |
| 0 | Interest Postings | 0.00 | 5 Adjustments Out 408.79 |
| | Subtotal | $ 58,149.90 | 0 Transfers Out 0.00 |
| 0 | Adjustments In | 0.00 | Total $ 58,149.90 |
| 0 | Transfers In | 0.00 | |
| | Total | $ 58,149.90 | |

Memo Allocation Receipts: 449,000.00
Memo Allocation Disbursements: 390,850.10

Memo Allocation Net: 58,149.90

/s/ GINA B. KROL
Trustee's Signature: _____ Date: 08/14/14
GINA B. KROL

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

LFORM2T4

Ver: 18.00b